UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN KELLY REYNOLDS,

    Plaintiff,

v.

STATE OF WASHINGTON,
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. 16-cv-05126 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #28].

(2)    Defendants' motion for summary judgment [Dkt. #14] as to all of plaintiff's claims is GRANTED.

(3)    The case is DISMISSED with prejudice.

**DATED** this 24th day of August, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1